UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LEONARDO ISAIAS CASTRO CHIVALAN,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden of Otay Mesa Detention Center; DAVID J. VENTURELLA, Director of Immigration and Customs Enforcement; GREGORY J. ARCHAMBEAULT, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement; TODD BLANCHE, U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security,

Respondents.

Case No.: 3:26-cv-04258-LEK-SBC

**MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**

Petitioner Leonardo Isaias Castro Chivalan ("Petitioner") filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") on July 24, 2026. [Dkt. no. 1.] On August 27, 2026, this Court issued an order granting the Petition in part ("8/27 Order"). [Dkt. no. 6.] The 8/27 Order directed the respondents, identified in the Petition as Christopher J. LaRose, Senior Warden of Otay Mesa Detention Center; David J. Venturella, Director of Immigration and Customs Enforcement; Gregory J. Archambeault, Field Office Director of Enforcement and Removal Operations, San Diego

Field Office, Immigration and Customs Enforcement; Todd Blanche, U.S. Attorney General; Executive Office for Immigration Review; and Markwayne Mullin, Secretary, U.S. Department of Homeland Security ("Respondents"), to release Petitioner consistent with the terms of the 8/27 Order. [Id. at 9.]

On August 31, 2026, Respondents filed the parties' Joint Status Report. [Dkt. no. 7.] The parties report that Petitioner was released from custody on August 27, 2026. See id. at PageID.60.

In light of the parties' Joint Status Report, there are no remaining issues in this case. The Clerk's Office is DIRECTED to enter judgment in favor of Petitioner pursuant to the 8/27 Order and to close this case immediately.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, September 14, 2026.

/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

**LEONARDO ISAIAS CASTRO CHIVALAN VS. CHRISTOPHER J. LAROSE ET AL.; CASE NO. 3:26-CV-04258-LEK-SBC; MINUTE ORDER DIRECTING THE ENTRY OF JUDGMENT**